IN THE MATTER OF THE COMMITMENT OF B.R.

October 29, 1985.

Petitions for certification denied. (See 202 *N.J.Super.* 182)

STATE OF NEW JERSEY v. EARL BROWN.

October 29, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. AMANDA REED.

October 29, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES SCARBROUGH.

October 29, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT PUKEL.

October 29, 1985.

Petition for certification denied.